## McCauley's Appeal.

1. No appeal lies to the Supreme Court from the taxation of costs by the Court of Common Pleas.

2. The materiality of witnesses, in a trial before a jury, depends on facts known to the court below, whose discretion in the allowance of fees to the witnesses cannot be reviewed without the evidence, which is not brought up either by appeal or certiorari.

January 31st 1878. Before AGNEW, C. J., SHARSWOOD, MERCUR, GORDON, PAXSON, WOODWARD and TRUNKEY, JJ.

Certiorari to the Court of Common Pleas, No. 1, of *Philadelphia county* : Of July Term 1877, No. 55½.

Daniel McCauley brought an action for deceit against Frank Dickson, in which a verdict was rendered for the defendant. The prothonotary taxed the costs at $125.40, which included the fees of five witnesses, who were in attendance at the trial, but who either did not testify or knew nothing about the case. From this taxation of the costs McCauley appealed, and the court below dismissed the appeal. McCauley then took this certiorari and appeal, alleging that the court therein erred.

*Lucas Hirst*, for appellant.

*E. Hunn, Jr.*, for appellee.

The judgment of the Supreme Court was entered, February 11th 1878,

PER CURIAM.—No appeal lies from a taxation of costs by the Court of Common Pleas to this court. A writ of error reaches only the record, and errors apparent on the record only can be corrected. The materiality of witnesses in a trial before a jury depends on facts known to the court below, whose discretion in the allowance of fees to the witnesses cannot be re-examined without the evidence, which is not brought up either by appeal or certiorari.

The appeal and certiorari in this case quashed, at the cost of the plaintiff in error.